IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BESSIE MARIE TROVATO                                                                      PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:12-cv-99-CWR-FKB

CAROLYN W. COLVIN                                                                         DEFENDANT

## AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate F. Keith Ball. Docket No. 14. On January 30, 2015, Judge Ball recommended affirming the Commissioner's decision to deny Trovato's applications for a period of disability and disability insurance benefits. *Id.* Pursuant to 28 U.S.C. 636(b)(1) and Fed. R. Civ. P. 72(b) and Rule 72(a)(3) of the *Local Uniform Civil Rules of the United States District Court for the Northern District of Mississippi and the Southern District of Mississippi*, a party must file any written objections to a Report and Recommendation within 14 days. That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference.

**SO ORDERED AND ADJUDGED,** this the 18th day of March, 2015.

                                                                s/ Carlton W. Reeves
                                                                UNITED STATES DISTRICT JUDGE